## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 7, 2019 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-5562 (ENV) |
| **NAME OF CASE(S):** | **RILEY V. TASTEE PATTEE, LTD. ET AL.** |
| **FOR PLAINTIFF(S):** | Price |
| **FOR DEFENDANT(S):** | Rodriguez |
| **NEXT CONFERENCE(S):** | **MAY 21, 2019 AT 11:00 A.M., IN -PERSON** |
| **FTR/COURT REPORTER:** | Not applicable |

### RULINGS FROM INITIAL CONFERENCE:

Defense counsel advises that Richard Patterson will be substituted as the proper party, as he is the administrator of the estate of the late Thomas Patterson.

Counsel has already started the process to have Richard Patterson officially designated in surrogate's court and will file the formal motion for substitution once the process is completed.

Deadline for completion of Phase I discovery is May 10, 2019.

An in-person settlement conference will be held on May 21, 2019 at 11:00 a.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than May 18, 2019. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.